FILED
2019 Jul-25 PM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 5:19-cv-00991-HNJ |
| | ) |
| **NORTHROP GRUMMAN SYSTEMS** | ) |
| **CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO SEAL PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW the Plaintiff, via pseudonym, in the above-styled action, files this Motion to Seal the Original Complaint and, in support thereof, states as follows:

1. Plaintiff, John Doe, filed his original complaint on June 25, 2019.

2. Plaintiff's original complaint contains sensitive, private and personal revelations about his sexuality, mental health and gender identity.

3. Plaintiff currently works in the defense industry wherein a premium is placed on privacy, discretion and confidentiality.

4. Plaintiff is concerned that the details contained in the original complaint might jeopardize his career prospects.

5. Furthermore, Plaintiff has not yet 'come out' to a number of family, friends and co-workers, and does not want his sexuality to be exposed as a result of a lawsuit.

1

6. Plaintiff has had time to consider his situation in the month since the complaint was originally filed, and now desires that his identity be protected while this lawsuit is ongoing.

7. Plaintiff has therefore, this day, filed an amended complaint, via pseudonym.

WHEREFORE, Plaintiff respectfully requests that this Court issue an Order sealing the original complaint in order to protect Plaintiff's identity, and removing all references to Plaintiff's name on the court docket.

Dated this, the 25th day of July, 2019.

/s/ Eric J. Artrip
Eric J. Artrip (ASB-9673-I68E)
MASTANDO & ARTRIP, LLC
301 Washington Street, Suite 302
Huntsville, Alabama 35801
Phone:   (256) 532-2222
Fax:     (256) 513-7489
artrip@mastandoartrip.com

*Attorney for Plaintiff, John Doe*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 25th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court and have served a copy of the foregoing upon the following by electronic service, by facsimile or by placing a copy of same in the United States mail, postage prepaid and properly addressed.

**Jennifer F Swain**
LITTLER MENDELSON PC
420 20th Stree North, Suite 2300
Birmingham, AL 35203-3204
205-421-4704
Fax: 205-278-9767
Email: jswain@littler.com

**Patrick Drake Schach**
LITTLER MENDELSON PC
420 20TH ST N STE 2300
Birmingham, AL 35203
205-421-4797
Fax: 205-421-4699
Email: pschach@littler.com

            */s/ Eric J. Artrip*
            Eric J. Artrip (ASB-9673-I68E)
            *Attorney for Plaintiff, John Doe*